**Lori L. PAAKAULA, Plaintiff–Appellant**

v.

**John E. POTTER, of the United States Postal Service, Defendant–Appellee.**

**No. 06–16217.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 12, 2008.

Filed April 16, 2008.

Clayton C. Ikei, Esq., Law Office of Clayton C. Ikei, a Law Corporation, Honolulu, HI, for Plaintiff–Appellant.

R. Michael Burke, Esq., Rachel S. Moriyama, AUSA, Office of the U.S. Attorney, Honolulu, HI, for Defendant–Appellee.

Before: HUG, RYMER, RAWLINSON, Circuit Judges.

MEMORANDUM *

Lori L. Paakaula, an employee of the United States Postal Service, appeals the judgment entered on her failure-to-accommodate claim in favor of the Postmaster General under the Rehabilitation Act of

1973(RHA), 29 U.S.C. § 794(a). We affirm.

Paakaula's claimed disability, post traumatic stress disorder (PTSD), is a disease proximately caused by her employment, and thus is an "injury" for purposes of the Federal Employees Compensation Act (FECA). 5 U.S.C. § 8101(5). She pursued a FECA claim for this injury, and received benefits and a position accommodating her injury. Remedies provided under FECA are exclusive of all other remedies against the United States for job-related injury. 5 U.S.C. § 8116(c); *Figueroa v. United States*, 7 F.3d 1405, 1407–08 (9th Cir.1993). As redress for the same injury was available and awarded, this part of Paakaula's RHA claim is preempted.[1] *See Nichols v. Frank*, 42 F.3d 503, 514–15 (9th Cir.1994) (holding that a claim for work-related injury within the Act's definition is preempted but harm from discrimination that was not an injury within the meaning of FECA is not).

AFFIRMED.

---

**1.** Paakaula's retaliation-based claim was dismissed on the merits, and is not on appeal.